UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20455-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

MAHENDRA P. GUPTA,              :

    Plaintiff,                 :

v.                              :           REPORT OF
                                                               MAGISTRATE JUDGE
KEN ATKINSON,                   :

    Defendants.                :
_____

Mahendra Gupta, filed a <u>pro se</u> civil rights complaint while confined at the Miami Federal Correctional Center.

The plaintiff named over twenty five defendants, and it was difficult to discern which defendants were responsible for which alleged violations. The plaintiff included allegations attacking his 1991 conviction entered in Billings, Montana. He was cautioned that any claims attacking his criminal conviction will be dismissed pursuant to <u>Heck v Humphrey</u>, 512 US 477 (1994)[1].

The plaintiff was permitted to file <u>one</u> amended complaint on or before March 15, 2011. He has failed to comply with the Court's Order. Research at the Bureau of Prisons website indicates that the plaintiff has been transferred to the Rochester Federal Medical Center. The plaintiff has failed to file a change of address with the Court, and has filed nothing further subsequent to the filing of the initial complaint.

---

[1] <u>Heck</u> holds that a prisoner may not challenge a conviction in a civil rights complaint unless and until his conviction has been expunged or overturned.

It is therefore recommended that this complaint be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed with the District Judge within fourteen days following receipt. The plaintiff may include a proposed amended complaint with his objections and an explanation of why he timely failed to comply with the Court's Order.

Dated this 13th day of April, 2011.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE


cc:   Mahendra Gupta, Pro Se
      Rochester Federal Medical Center
      Address of record