UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CLOSED
CIVIL
CASE**

Case No. 11-20455-CIV-GRAHAM/WHITE

MAHENDRA P. GUPTA,

    Plaintiff,

vs.

KEN ATKINSON, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's *pro se* civil rights complaint [D.E. 6].

**THIS MATTER** was initiated when *pro se* plaintiff, Mahendra P. Gupta filed a civil rights complaint while confined at the Miami Federal Correctional Center [D.E. 1]. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Notice [D.E. 3]. After review of Plaintiff's complaint, the Magistrate Judge ordered Plaintiff to amend his complaint on or before March 15, 2011. Plaintiff failed to comply with the Court's order. Additionally, while it appears that Plaintiff has been transferred to the Rochester Federal Medical Center, Plaintiff has failed to file a change of address with the Court. Subsequently, the Magistrate Judge issued a Report recommending that the matter be dismissed without prejudice for

lack of prosecution [D.E. 6]. The Plaintiff filed no Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 6] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Complaint [D.E. 1] is **DISMISSED without prejudice.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Mahendra P. Gupta, Pro Se